655-07/GMV/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
CROLIER SHIPPING LTD
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Gina M. Venezia (GV 1551)





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CROLIER SHIPPING LTD,

                       Plaintiff,

   -against -

ATLANTIC ORIENT LINE LTD,

                       Defendant.
-------------------------------------------------------------x

08 CV 0053

**RULE 7.1 STATEMENT**

     The Plaintiff, CROLIER SHIPPING LTD, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that it is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       January 3, 2008

                                FREEHILL HOGAN & MAHAR, LLP
                                Attorneys for Plaintiff
                                CROLIER SHIPPING LTD

                                By: _____
                                   Gina M. Venezia (GV 1551)
                                   80 Pine Street
                                   New York, NY 10005
                                   Telephone: (212) 425-1900
                                   Facsimile: (212) 425-1901

NYDOCS1/296216.1