Cardillo & Corbett
Attorneys for Defendant
ATLANTIC ORIENT LINE LTD.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Tulio R. Prieto (TP-8455)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CROLIER SHIPPING LTD,                :
                                     :
                    Plaintiff,       :     **ECF**
                                     :     **RULE 7.1 STATEMENT**
         -against-                   :     **08 Civ. 0053(RMB)**
                                     :
ATLANTIC ORIENT LINE LTD,            :
                                     :
                    Defendant.       :
------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, ATLANTIC ORIENT LINE LTD (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:   New York, New York
         January 27, 2008

                         CARDILLO & CORBETT
                         Attorneys for Defendant
                         ATLANTIC ORIENT LINE LTD.

                   By:   /s/Tulio R. Prieto
                         Tulio R. Prieto (TP 8455)

                         Office and P.O. Address
                         29 Broadway, Suite 1710
                         New York, New York 10006
                         Tel: (212) 344-0464
                         Fax: (212) 797-1212