BERMAN, J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-11-08
```

655-07/GMV/SL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CROLIER SHIPPING LTD,

        Plaintiff,

-against-

ATLANTIC ORIENT LINE LTD,

        Defendant.

08 Civ 0053 (RMB)

**RULE 41(a)(1)(ii) STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Crolier Shipping Ltd. and Defendant Atlantic Orient Line Ltd. (hereinafter "ATOR") stipulate to vacatur of the order of attachment issued in this case against the assets of ATOR and the dismissal, without prejudice, of all claims and counterclaims asserted herein.

Dated: New York, New York
      February 11, 2008

_____
Gina M. Venezia (GV 1751)
FREEHILL HOGAN & MAHAR, LLP
80 Pine Street
New York, NY 10005
(212) 425-1900 (telephone)
(212) 425-1901 (fax)
Attorneys for Plaintiff Crolier

_____
Tulio R. Prieto (TO 8455)
CARDILLO & CORBETT
29 Broadway, Suite 1710
New York, NY 10006
(212) 344-0464 (telephone)
(212) 797-1212 (fax)
Attorneys for Defendant ATOR

SO ORDERED:
RMB
_____
U.S. DISTRICT JUDGE
2/11/08

Richard M. Berman

NYDOCS1/298753.1